UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | | |
|---|---|---|
| KENTRAIL LOLLIS, | ) | |
| *Plaintiff,* | ) | |
| v. | ) | No. 1:11-cv-277 |
| | ) | *Mattice/Carter* |
| LT. KNIGHT | ) | |
| *Defendant.* | ) | |

## **MEMORANDUM**

The Court is in receipt of a *pro se* civil rights complaint filed by Kentrail Lollis ("Lollis") pursuant to 42 U.S.C. § 1983 (Court Doc. 2). On November 9, 2011, the Court issued an order directing Lollis to complete the service packet and return it to the District Court Clerk within thirty (30) days from the date of the order (Court Doc. 5). Lollis was forewarned that failure to return the completed service packet within the time required would jeopardize his case.

Lollis has not responded to the Court's November 9, 2011, Order. Lollis has not completed the service packets as previously Ordered or filed any response to the Order. Lollis's failure to timely respond to the Court's Order results in a finding by the Court that Lollis has failed to comply with its Order. Consequently, the Court will dismiss Lollis's complaint for noncompliance with its Order and failure to prosecute.

Rule 41(b) of the Federal Rules of Civil Procedure allows a court to dismiss an action *sua sponte* for failure to prosecute or for failure to comply with the federal rules or

any court order. This authority is based on the Court's inherent authority to control its docket and prevent undue delays in the disposition of pending cases.

Therefore, this action will be **DISMISSED** for Lollis's failure to prosecute and to comply with the orders of this Court. Fed. R. Civ. P. 41(b); *Jourdan v. Jabe*, 951 F.2d 108 (6th Cir. 1991).

An appropriate Judgment will enter.

/s/Harry S. Mattice, Jr.
HARRY S. MATTICE, JR.
UNITED STATES DISTRICT JUDGE
